# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4425

_____

STEPHEN GEOPPO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

October 1, 2019

WINOKUR, J.

Stephen Geoppo appeals the trial court's summary denial of his post-conviction motion alleging that his life sentence is illegal pursuant to *Miller v. Alabama*, 567 U.S. 460 (2012) and *Atwell v. State*, 197 So. 3d 1040 (Fla. 2016). We reject Geoppo's claim and affirm.

In 1989, Geoppo pled guilty to first-degree murder and armed robbery with a deadly weapon. The trial court sentenced Geoppo to life in prison with the possibility of parole after twenty-five years for the murder and five years for the robbery. Geoppo did not pursue a direct appeal.

In 2017, Geoppo filed a post-conviction motion pursuant to Florida Rule of Criminal Procedure 3.850 claiming that his life sentence was unconstitutional because the sentencing court had not considered his youth. Specifically, Geoppo argues that his life sentence violates *Miller*'s prohibition on automatic life sentences for minors, as well as *Atwell*'s finding that a mandatory life sentence with the possibility of parole for juveniles violated the Eighth Amendment. The trial court summarily denied his motion.

The Florida Supreme Court recently abrogated its decision in *Atwell* holding that if a juvenile offender's life sentence includes parole eligibility, then there is no *Miller* violation. *Franklin v. State*, 258 So. 3d 1239, 1241 (Fla. 2018). In any event, this Court has emphasized that *Miller* does not apply to adult offenders. *Marshall v. State*, 44 Fla. L. Weekly D2176a (Fla. 1st DCA Aug. 23, 2019) (citing *Romero v. State*, 105 So. 3d 550, 553 (Fla. 1st DCA 2012)). Geoppo was nineteen years old at the time of his offenses. Therefore, *Miller* is inapplicable to his life sentence. Accordingly, Geoppo's life sentence does not constitute cruel and unusual punishment and we affirm the trial court's denial of his post-conviction motion.

AFFIRMED.

WOLF and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen Geoppo, pro se, Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.